UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TAWNEY BRIGGS,

           Plaintiff,

v.

RUGSUSA, LLC,

           Defendant.

C23-0982 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Pursuant to the parties' joint status report, docket no. 20, indicating that they have reached an agreement in principle on a class-wide resolution and are in the process of preparing a formal settlement agreement:

    (a) The Court RENOTES Defendant's motion to dismiss, docket no. 17, to February 9, 2024. Any response to the motion must be filed no later than February 5, 2024. Any reply must be filed no later than the new noting date.

    (b) Any motion for preliminary approval of class settlement must be filed no later than February 1, 2024.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 20th day of November, 2023.

                                          Ravi Subramanian
                                          Clerk

                                          s/Laurie Cuaresma
                                          Deputy Clerk

MINUTE ORDER - 1